THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CRIMINAL NO. 4:25-CR-00175-SDJ-BD |
| FRANK LOPEZ (1) | § § § | |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On November 13, 2025, the Magistrate Judge entered proposed findings of fact and recommendations, (Dkt. #13), that Defendant's supervised release be revoked. Defendant filed Objections, (Dkt. #14), to the Report.

The Court conducted a de novo review of the Objections and the portions of the Report to which Defendant specifically objects, and the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and that the Objections are without merit as to the ultimate findings of the Magistrate Judge. The Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. Accordingly, Defendant's supervised release is revoked based on allegations one through four; Defendant is sentenced to a term of nine months of imprisonment.

**So ORDERED and SIGNED this 24th day of February, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE